**Dismiss and Opinion Filed September 25, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00513-CV

### JOEL OLIVER, Appellant
### V.
### ANGALYSIA JOHNSON, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03312**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated May 4, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated May 4, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 25, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant

that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3 (b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180513F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOEL OLIVER, Appellant

No. 05-18-00513-CV     V.

ANGALYSIA JOHNSON, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-03312.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

    In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

    It is **ORDERED** that appellee ANGALYSIA JOHNSON recover her costs of this appeal from appellant JOEL OLIVER.

Judgment entered September 25, 2018.